

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-503 |
| v. | : | DATE FILED: _____ |
| MICHAEL MANCUSO | : | VIOLATIONS:<br>18 U.S.C. § 2113(a)<br>(bank robbery – 3 counts) |

FILED
AUG 23 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about July 27, 2007, in the Eastern District of Pennsylvania, defendant

**MICHAEL MANCUSO**

knowingly and unlawfully by force and violence, and by intimidation, took from an employee of the Conestoga Bank, 1632 Walnut Street, Philadelphia, Pennsylvania, lawful currency of the United States, that is, approximately $1,700, belonging to, and in the care, custody, control, management and possession of Conestoga Bank, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 30, 2007, in the Eastern District of Pennsylvania, defendant

## MICHAEL MANCUSO

knowingly and unlawfully by force and violence, and by intimidation, took from an employee of the TD BankNorth, 1607 Walnut Street, Philadelphia, Pennsylvania, lawful currency of the United States, that is, approximately $603, belonging to, and in the care, custody, control, management and possession of TD BankNorth, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about August 1, 2007, in the Eastern District of Pennsylvania, defendant

## MICHAEL MANCUSO

knowingly and unlawfully by force and violence, and by intimidation, took from an employee of the TD BankNorth, 1100 Walnut Street, Philadelphia, Pennsylvania, lawful currency of the United States, that is, approximately $2,605, belonging to, and in the care, custody, control, management and possession of TD BankNorth, the deposits of which were insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

*(signature)*
FOREPERSON

*(signature)*
PATRICK L. MEEHAN
*United States Attorney*

No. ........

UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL MANCUSO

INDICTMENT

Counts
18 U.S.C. § 2113(a) (bank robbery – 3 counts)

*A true bill*

*[signature]*
Foreman

Filed in open court this ............... day,

of ............... A.D. 20 ...............

............................................
Clerk

Bail, $ ...............